U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
JUL 24 2006
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **FRANCIS MERLIN BOURGEOIS** | **CIVIL ACTION NO. 04-1051**<br>**SECTION "P"** |
| -vs- | **JUDGE DRELL** |
| **RANDY MAXWELL, ET AL.** | **MAGISTRATE JUDGE KIRK** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that Defendants' Motion for Summary Judgment (Document No. 22) is **DENIED.**

SIGNED on this 24 day of July, 2006, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE